| | |
|---|---|
| 1 | |
| 2 | I, the undersigned, declare under penalty of perjury that I am over the age of 18 |
| 3 | years and not a party to the above-entitled action and that my address is set out |
| 4 | above; and that I served the attached pleading in the following manner: |
| 5 | I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed |
| 6 | a copy to the Defendant. |
| 7 | I declare under penalty of perjury that the forgoing is true and correct. |

Dated: March 10, 2008                   /s/ *Knut S. Johnson*
                                        Knut S. Johnson

- 00 cr 1902-JM