PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name: **United States v. Lilly Martin**

No.:    08-0267-L

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California 92101

I am not a party to the above-entitled action. I have cause service of Motion for Discovery by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Larry Casper
Assistant U.S. Attorney


Executed on  March 11, 2008  at San Diego, California.

I declare under penalty of perjury that the above is true and correct.

/s/   Russell S. Babcock
Russell S. Babcock