1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR267-L |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS HEARING |
| MICHAEL DANIEL LILLY MARTIN (1), MELANIE ELIZABETH DEPALMER (2) | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY ORDERED that, for good cause shown, the joint motion to continue the May 19, 2008 status hearing is GRANTED, and the hearing is continued to July 7, 2008 at 2:00 p.m..

IT IS SO ORDERED.

DATED: May 16, 2008

_____
M. James Lorenz
United States District Court Judge